# JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017-6702
TELEPHONE: 212-326-3939 • FACSIMILE: 212-755-7306

Direct Number: (212) 326-3772
smgoldsmith@jonesday.com

JP007627:smg
842331-605018

January 28, 2008


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/08

VIA FACSIMILE (212) 805.7906

Honorable Judge Denny Chin
United States District Court
Southern District of New York
500 Pearl Street, Room 1020
New York, New York 10007

Re: Sharpe v. Verizon Business, No. 07 CIV 7708(DC)

Dear Judge Chin:

Verizon Business is writing to request an extension of the deadline for Verizon Business to answer, move or otherwise respond to the Complaint in the above-referenced action.

Plaintiff Byron Sharpe ("Plaintiff") served his Complaint on the New York Secretary of State ("Secretary") on December 27, 2007. According to the Complaint's Summons, Verizon Business's response to Plaintiff's Complaint is due on January 28, 2008. Because undersigned counsel just learned, late on the afternoon of Friday January 25, 2008, that the Complaint was served, Verizon Business seeks an extension of its time to answer, move or otherwise respond to Plaintiff's Complaint until and including February 29, 2008. Such an extension will allow Verizon Business to properly investigate Plaintiff's claims and respond appropriately.

Although Verizon Business sought Plaintiff's consent to this extension, undersigned counsel has been unable to reach Plaintiff's counsel, despite several phone calls and messages today. There have been no prior extensions of time requested by Verizon Business in relation to Plaintiff's Complaint or at all, and there are no other deadlines in this case that might be affected by a brief adjournment of this date.

**APPLICATION GRANTED.**
**SO ORDERED**

_____
Denny Chin, U.S.D.J. 1/29/08

Very truly yours,

_____
Shari M. Goldsmith

cc: Timothy P. Devane, Esq. (Via Facsimile)

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON