UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **BYRON SHARPE,**<br><br>    **Plaintiff,**<br><br>    -against-<br><br>**VERIZON BUSINESS NETWORK SERVICES INC., d/b/a VERIZON BUSINESS and VERIZON BUSINESS PURCHASING LLC, d/b/a VERIZON BUSINESS,**<br><br>    **Defendants.** | 07-CIV-7708(DC) |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Verizon Business Purchasing LLC and Defendant Verizon Business Network Services Inc., by and through their undersigned counsel, hereby make the following disclosures:

1.  Verizon Business Network Services Inc. declares that it is a wholly owned subsidiary of MCI Communications Corporation, which is a wholly owned subsidiary of Verizon Business Global LLC, f/k/a MCI, LLC, which is a wholly owned subsidiary of Verizon Communications Inc., a publicly held corporation. Verizon Communications does not have a parent corporation, and no publicly held company has a ten percent or greater interest in it.

2.  Verizon Business Purchasing LLC declares that it is 75% owned by Verizon Business Network Services Inc. and 25% owned by MCI Communications Services, Inc. MCI Communications Services, Inc. is a wholly owned subsidiary of Verizon Business Network Services Inc. (a Delaware corporation). The corporate ownership of Verizon Business Network Services is set forth above.

Dated: February 29, 2008
      New York, New York

JONES DAY

By: s/ Shari M. Goldsmith
   Wendy C. Butler (WB-2539)
   Shari M. Goldsmith (SG-0909)
   JONES DAY
   222 East 41st Street
   New York, New York  10017
   (212) 326-3939

*Attorneys for Defendant*

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on February 29, 2008, the foregoing DEFENDANTS' CORPORATE DISCLOSURE STATEMENT was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties:

>Timothy P. Devane, Esq.
>204 West 84th Street
>New York, New York  10024
>
>*Attorney for Plaintiff*

>/s/ Shari M. Goldsmith
>
>Shari M. Goldsmith (SG-0909)
>Jones Day
>222 East 41st Street
>New York, NY 10017-6702
>smgoldsmith@jonesday.com
>(212) 326-3939